**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Sarjak Container Lines Singapore PTE. Limited v. Barbara Semons

Appellate case number: 01-21-00508-CV

Trial court case number: 1155769

Trial court: County Civil Court at Law No. 3 of Harris County

Pamela D. Williams, Collin G. Warren, and Jacqueline Del Villar of Fisher & Phillips LLP have filed a motion to withdraw as appellate counsel for appellant, Sarjak Container Lines Singapore PTE. Limited. *See* TEX. R. APP. P. 6.5(a), (b). The motion does not include the information required by Texas Rule of Appellate Procedure 6.5(a) and (b), however, the motion further notes that appellant has retained new appellate counsel, Ashley T. Parrish of Cantey Hanger LLP. Ashley T. Parrish has filed a notice of appearance and designation of lead counsel with the Clerk of this Court.

Accordingly, we construe the motion as a motion to substitute counsel. *See* TEX. R. APP. P. 6.5(d). Further, the motion includes a certificate of conference representing that no party is opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, the motion is **granted**. The Clerk of this Court is directed to note the withdrawal of Pamela D. Williams, Collin G. Warren, and Jacqueline Del Villar of Fisher & Phillips LLP as counsel for appellant and the substitution of Ashley T. Parrish of Cantey Hanger LLP as counsel for appellant on the docket of this Court.

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                   ☑ Acting individually    ☐ Acting for the Court


Date: __October 7, 2021_____